# UNREPORTED CASES.

## EDWIN M. WILMER *v.* HERBERT L. GRYMES.

*Renewal of Judgments.*

Two or more judgments against the same defendant cannot be renewed by a single writ of *scire facias.*

*Decided November 6th, 1925.*

Appeal from the Baltimore City Court (DUKE BOND, J.).

Action by Edwin M. Wilmer against Herbert L. Grymes, associate justice of the peace of the People's Court of Baltimore City. From a judgment for defendant, plaintiff appeals. Affirmed.

The cause was submitted on briefs to BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*Edwin M. Wilmer,* for the appellant.

*Philip B. Perlman,* for the appellee.

URNER, J., delivered the opinion of the Court, affirming the judgment, with costs.

---

## EDWIN M. WILMER *v.* CHARLES R. BAGNELLE.

*Right of Appeal.*

No appeal lies from a judgment of the Baltimore City Court, rendered on appeal from the People's Court of Baltimore City in a *scire facias* case.

*Decided November 6th, 1925.*

Appeal from the Baltimore City Court (ULMAN, J.).